# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 731 | **DATE** | 11/6/2007 |
| **CASE TITLE** | USA vs. Norinye Benitez | | |

**DOCKET ENTRY TEXT**

Arrest Warrant issued as to Norinye Benitez. Enter Order granting Government's motion to seal complaint, affidavit, and arrest warrant until and including 1/31/08 or until the execution of the arrest warrant, whichever comes first. The warrant may be entered in appropriate law enforcement database during the period this matter is under seal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|