UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 731 |
| v. | ) | |
| NORINYE BENITEZ | ) | MARIA VALDEZ<br>United States Magistrate Judge |

## ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 6, 2007, are hereby SEALED until and including January 31, 2008, or until the execution of the Arrest Warrant, whichever comes first. The warrant may be entered in appropriate law enforcement databases during the period this matter is under seal.

ENTER:

_____
MARIA VALDEZ
United States Magistrate Judge

Dated: November 6, 2007