# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 731 | **DATE** | 11/7/2007 |
| **CASE TITLE** | USA vs. Norinya Benites | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 11/7/07 as to Norinya Benites. Government's oral motion to unseal complaint, affidavit, and arrest warrant is granted. Defendant appears in response to the arrest on 11/7/07. Defendant informed of her rights. Rose Lindsay's oral motion for appointment of counsel is granted. Government's oral motion to detain the defendant and continue detention hearing is granted without prejudice. Detention hearing set for 11/9/07 at 1:30 p.m. Preliminary examination set for 11/14/07 at 10:00 a.m. Defendant to remain in custody pending detention hearing.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | yp |
|---|---|---|