# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

NORINYE BENITEZ

**WARRANT FOR ARREST**

CASE NUMBER: **07CR 731**

FILED
NOV 0 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:     The United States Marshal
        and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest _____ NORINYE BENITEZ _____

and bring him or her forthwith to the nearest magistrate to answer a(n)                                        Name

___Indictment   ___Information   XX Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with   (brief description of offense)

### Count One

Beginning on or about August 15, 2007 and continuing to October 16, 2007, at Chicago, in the Northern

District of Illinois, Eastern Division, defendant:

did, for the purpose of commercial advantage and private financial gain, conceal, harbor, and shield
from detection illegal aliens, knowing and in reckless disregard of the fact that such aliens had
come to, entered, and remained in the United States in violation of law;

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

### Count Two

On or about June 13, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, defendant:

did falsely represent, with an intent to deceive, a number to be the social security account number
assigned to her by the Commissioner of Social Security, when in fact such number was not the
social security account number assigned to her by the Commissioner of Social Security;

in violation of Title 42, United States Code, Section 408(a)(7)(B).

_____ MARIA VALDEZ _____

Name of Issuing Officer

*Maria Valdez*

_____
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE _____

Title of Issuing Officer

Nov 6, 2007 Chicago, IL
_____
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____   by _____

                                                                        Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant at _Oak Brook_
_Terrace, Illinois_

| DATE RECEIVED<br>Nov 7, 2007 | NAME AND TITLE OF ARRESTING OFFICER<br>PATRICK DICKINSON<br>SPECIAL AGENT, DHS-ICE | SIGNATURE OF ARRESTING OFFICER<br>_Patrick A. Dick___ |
|---|---|---|
| DATE OF ARREST<br>Nov 7, 2007 | | |