# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 731 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. Norinya Benites | | |

### DOCKET ENTRY TEXT

Detention hearing held on 11/9/07 as to Norinya Benites. The government and defendants agree on certain conditions of release. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|