UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 731 |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| NORINYE BENITEZ | ) | |

**GOVERNMENT'S MOTION TO DISMISS**
**COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case pursuant to Fed. R. Crim. P. 48(a). The defendant was indicted under a different case number on December 5, 2007.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:  s/Diane MacArthur
**DIANE MacARTHUR**
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5352

```
              UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )    No. 07 CR 731
      v.                    )    Magistrate Judge Valdez
                            )
NORINYE BENITEZ             )
```

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

GoVERNMENT'S MOTION TO DISMISS COMPLAINT
WITHOUT PREJUDICE

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by mail on December 6, 2007, to the following non-ECF filer:

>    Rose Lindsay
>    Federal Defender Program
>    55 East Monroe
>    Chicago, Illinois

>    Respectfully submitted,
>    PATRICK J. FITZGERALD
>    United States Attorney

>    By: S/Diane MacArthur
>        DIANE MacARTHUR
>        Assistant U.S. Attorney
>        219 South Dearborn Street
>        Chicago, Illinois 60604
>        (312) 353-5352