
Order (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 731 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. Norinye Benitez | | |

**DOCKET ENTRY TEXT**

Enter Order Granting Government's Motion to Dismiss Complaint Without Prejudice as to Norinye Benitez.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|