UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 731 |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| NORINYE BENITEZ | ) | |

**ORDER**

The government has requested that the Criminal Complaint in the above-referenced matter be dismissed without prejudice.

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed without prejudice.

SO ORDERED:

_____
Maria Valdez
United States Magistrate Judge

DATED: 12/7/07